**No. 48880.**—Protest 87229–K of Goldfarb Novelty Co. (New York).

Opinion by LAWRENCE, J. The proof in this case showed that the merchandise consists of antimony articles in chief value of lead, not plated, similar in all material respects to those the subject of Abstract 48152, which record was incorporated herein. In accordance therewith the articles in question were held dutiable at 3 cents per pound, but not less than 22½ nor more than 45 percent ad valorem, under paragraph 397 and T. D. 49753, as claimed.